UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 18, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00160-JAM-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ADAM LEE, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ADAM LEE, Case No. 2:23-cr-00160-JAM-1, Charge 18 U.S.C. § 1344(2), from custody for the following reasons:

| X | Unsecured Appearance Bond | **$100,000.00, co-signed by Brian Lee, the Defendant's father.** |
|---|---|---|

| X | (Other): **The Defendant's release is DELAYED until July 24, 2023, at 08:00 AM.** |
|---|---|

DATED: July 18, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE