PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00160-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| ADAM LEE and WINDY LUND, | DATE: December 12, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

# STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendants Adam Lee and Windy Lund, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on December 12, 2023.

2. By this stipulation, the defendants now move to continue the hearing until **April 9, 2024, at 09:00 a.m.,** and to exclude time between December 12, 2023, and April 9, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On July 24, 2023, the government made available and/or produced discovery associated with this case, which includes over 1,700 pages of documents, as well as media files. The government will shortly be producing additional discovery, which includes several hundred pages of additional documents.

   b) On August 4, 2023, defendant Lee obtained a substitution of counsel.

   c) Access to discovery is restricted by stipulated protective orders adopted by the Court as to defendant Lund on July 11, 2023, and as to defendant Lee on August 17, 2023.

   d) Counsel for the defendants desire additional time to review and analyze this discovery, discuss proposed resolutions with their clients, explore potential defenses, and otherwise prepare for trial.

   e) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The government does not object to the continuance.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2023, to April 9,

2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
ADAM LEE

/s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
WINDY LUND

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE