PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM LEE,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cr-00160-JAM-1<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: November 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Adam Lee, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea or setting of a trial hearing on November 5, 2024.

2. On the Court's own motion, this matter was continued to November 12, 2024.

3. By this stipulation, the defendant now moves to **EXCLUDE** time between November 5, 2024, and November 12, 2024, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) On July 24, 2023, the government made available and/or produced discovery associated with this case, which includes over 1,700 pages of documents, as well as media files. On January 9, 2024, the government produced over 1,400 pages of additional discovery.

   b) On August 4, 2023, the defendant obtained a substitution of counsel.

   c) Access to discovery is restricted by stipulated protective orders adopted by the Court on August 17, 2023.

   d) Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

   e) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The government does not object.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2024, to November 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

Dated: October 10, 2024      PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
ADAM LEE

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 10, 2024      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE