UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>**Adam Lee** | **Docket No.** 2:23-CR-00160-JAM-1<br>**Federal Charges**: 18:1344A – Bank Fraud (4 counts); 18:1708-Possession of Stolen Mail; and 18:1704-Possession of Mail Keys or Locks (2 counts) |

**COMES NOW,** Monica Bentley, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Adam Lee, who was placed on bond by the Honorable John A. Mendez sitting in the Court at Sacramento, California, on July 18, 2023, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S): 1.** You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

**ALLEGED VIOLATION CONDUCT:** The defendant submitted positive drug tests for amphetamine/methamphetamine on November 21, 2024, and November 25, 2024, which were confirmed positive by the national laboratory.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on the Duty Magistrate Judge's court calendar on Monday, January 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Monica Bentley
U.S. Pretrial Services Officer

Dated: December 30, 2024

**ORDER**

☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of _____.
☒ The Court hereby orders this matter placed on the Duty Magistrate Judge's court calendar on Monday January 6, 2025, and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2024