Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
ADAM LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00160-JAM-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES** |
| v. | |
| ADAM LEE, | |
| Defendant. | DATE:  February 25, 2025<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |

The parties, defendant Adam Lee, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel Elliot Wong, hereby stipulate as follows:

1. Defendant Adam Lee changed his plea on November 12, 2024. On that date, the Court set his sentencing hearing on February 25, 2025. Mr. Lee attended his probation interview on December 27, 2024. Thereafter, Probation filed its Draft PSR on January 24, 2025.

2. Counsel for the defendant now requests a continuance of the sentencing date from February 25, 2025 to March 25, 2025, with all the remaining filing due dates moved consistent with the new hearing date as outlined below. A continuance is requested because defense counsel requires additional time to review and respond to the Draft

1

PSR, and to conduct mitigation research, interviews, and investigation in preparation for sentencing.

3. Probation has been notified of the requested continuance and approves.

4. Based upon the representations of defense counsel and Probation's approval, the government is without objection.

5. Therefore, the parties agree and stipulate to the following schedule:

    Sentencing Date: March 25, 2025

    Reply, or Statement of Non-Opposition: **March 18, 2025**

    Correction / Formal Objections: **March 11, 2025**

    Final Presentence Report: **March 4, 2025**

    Informal Objections: **February 25, 2025**

IT IS SO STIPULATED.

Dated: February 4, 2025                    Respectfully submitted,

                                              */s/ Etan Zaitsu*
                                              ETAN ZAITSU
                                              Attorney for Defendant
                                              ADAM LEE

Dated: February 4, 2025                    Respectfully submitted,

                                              */s/ Elliot Wong*
                                              ELLIOT WONG
                                              Assistant U.S. Attorney

Stipulation and Order to Continue Sentencing

**ORDER**

Based upon the representations of the parties, and good cause showing, the Court orders the sentencing hearing for Defendant Adam Lee **RESET** for **March 25, 2025, at 09:00 a.m.** The Court **APPROVES** the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: February 06, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing