MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00160-JAM |
|---|---|
| Plaintiff, | **ORDER SETTING RESTITUTION** |
| v. | DATE: |
| ADAM LEE and WINDY LUND, | TIME: |
| Defendants. | COURT: Hon. JOHN A. MENDEZ |

ORDER SETTING RESTITUTION                    1

# ORDER

Defendants' conduct is governed by the Mandatory Restitution Act pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii). Pursuant to the Mandatory Restitution Act, 18 U.S.C. § 3663A, Defendants ADAM LEE and WINDY LUND shall pay, **JOINTLY** and **SEVERALLY**, restitution to Bank of America in the total amount of **$145,485.05**. Payment shall be due immediately, as the Court does not find, pursuant to 18 U.S.C. §§ 3664(f)(2) & 3572(d)(1), that the interests of justice would be served by imposing an alternative payment schedule. The interest is **WAIVED**.

IT IS SO FOUND AND ORDERED.

Dated: June 02, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE